[No. 6384-1-II.   Division Two.   May 4, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DANNY BIRCH BALLOW, *Appellant.*

Appeal from a judgment of the Superior Court for Clark

County, No. 80-1-00372-1, John N. Skimas, J., entered February 13, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.